MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5589
   Facsimile:  (408) 535-5066
   Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JAVIER HERNANDEZ-HERRERA, <br>     Defendant. | No. CR 12-423 LHK <br> No. CR 12-766 LHK <br><br> STIPULATION AN D [PROPOSED] ORDER RESCHEDULING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Javier Hernandez-Herrera, by and through Assistant Federal Public Defender Robert M. Carlin, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, January 9, 2013, at 9:00 a.m., be vacated and rescheduled for Wednesday, February 27, 2013, at 9:00 a.m.

The rescheduling is requested to provide counsel for both the government and the defendant with additional time to conduct further research and investigation, thereby providing

1

the reasonable time necessary for effective preparation for both counsel for the defendant and the attorney for the government. Accordingly, both parties respectfully request that the time between January 9, 2013 and February 27, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: January 3, 2013                            /s/
                                                             MEREDITH J. EDWARDS
                                                             Special Assistant United States Attorney

Dated: January 3, 2013                            /s/
                                                             ROBERT M. CARLIN
                                                            Assistant Federal Public Defender

**[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties, the hereby orders that the status hearing in this case, previously scheduled for January 9, 2013, at 9:00 a.m., be vacated and rescheduled for February 27, 2013, at 9:00 a.m. The Court further orders that the time between January 9, 2013 and February 27, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 1/7/13

_____
THE HONORABLE LUCY H. KOH
United States District Judge