1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant, HERNANDEZ-HERRERA
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,              )
12                                         )   No. CR 12-00423-LHK
              Plaintiff,                   )   No. CR 12-00766-LHK
13                                         )
    vs.                                    )   [~~PROPOSED~~] **ORDER ON**
14                                         )   **STIPULATION TO CONTINUE STATUS**
    JAVIER HERNANDEZ-HERRERA,               )   **CONFERENCE**
15                                         )
              Defendant.                   )
16  _____

17

18       1. Mr. Hernandez was indicted on May 30, 2012, for a violation of 8 U.S.C. § 1326 (case

19  number 12-00423-LHK). Thereafter, on October 24, 2012, Mr. Hernandez was separately

20  indicted for a violation of 21 U.S.C. § 841 (a)(1) (No. CR 12-00766-LHK). Both matters are

21  currently scheduled for a status hearing before this Court on April 3, 2013.

22       2. On March 27, 2013, some new facts came to the attention of Counsel for Mr.

23  Hernandez, which could be very significant to the ultimate disposition of the charges alleged in

24  case No. CR 12-00766-LHK. Both Counsel for Mr. Hernandez and the government agree that

25  these facts need to be fully investigated before the parties can proceed with further discussions

26  regarding a resolution of the case. To the extent that a simultaneous disposition of both cases is

anticipated, the parties believe that it would be helpful if case No. CR 12-00423-LHK was also continued.

3. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from April 3 to May 8, 2013, is excluded pursuant to section 3161 (h)(7)(A).

5. The status hearing in this matter shall be continued to May 8, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   4/1/13

_____
HON. LUCY H. KOH
United States District Judge